IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANDREW SUTTON, | : | CIVIL ACTION NO. |
| BOP Reg # 16059-043, | : | 1:16-CV-4676-RWS |
|    Movant, | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:11-CR-554-RWS-JSA-1 |
| | : | |
| UNITED STATES OF AMERICA, | : | MOTION TO VACATE |
|    Respondent. | : | 28 U.S.C. § 2255 |

## ORDER

Movant, a federal prisoner, has filed a Motion For Review Of A Sentence And Conviction Pursuant To Title 18 U.S.C. § 3742 And For Summary Judgment Pursuant To Fed. R. Civ. P. 56(c) (Doc. 53), which the Court has construed as his second 28 U.S.C. § 2255 motion challenging the factual basis of his guilty plea and conviction for distribution of child pornography (*see* Doc. 55). The Magistrate Judge's Final Report and Recommendation ("Report") recommends denying the Motion as impermissibly second or successive. (Doc. 56). Movant has filed a Motion to Clarify the Issue (Doc. 58) and an Objection to the Report, based on his accompanying motion (Doc. 59).

Under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, the Court has conducted a *de novo* review of those portions of the Report to which Movant

AO 72A
(Rev.8/82)

objects, and has reviewed the remainder of the Report for plain error. *See United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

Movant does not dispute the Magistrate Judge's conclusion that he has filed a second or successive § 2255 motion without first obtaining leave to do so from the Eleventh Circuit. (*See generally* Report; Docs. 58, 59). This Court thus lacks jurisdiction to consider his § 2255 motion. (*See* Report).

The Court finds no reversible error, plain or otherwise, in the Report; **OVERRULES** Movant's Objection (Doc. 59); denies his Motion to Clarify the Issue (Doc. 58); **ADOPTS** the Magistrate Judge's Final Report and Recommendation (Doc. 56) as the Order of this Court; **DISMISSES** Movant's motion to vacate his sentence (Doc. 53), for lack of subject matter jurisdiction; and **DENIES** Movant a certificate of appealability.

**SO ORDERED** this 20th day of Jan., 2017.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)